**FILED**

05/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0259



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0259

IN RE THE MARRIAGE OF:

CHARLES  PATRICK COKER,

      Petitioner and Appellee,

    and                                 ORDER OF MEDIATOR APPOINTMENT

EMILIE JOY COKER,

      Respondent and Appellant.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Gregory Wade Duncan,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P.,  7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this May 31, 2022.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:     Emilie Joy Coker, Colin John Delli Bovi, Gregory Wade Duncan